1

2

3

4

5
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
6
AT SEATTLE

7

CANYON PARK BUSINESS
CENTER OWNERS' ASSOCIATION,
8

Plaintiff,
9
C21-1694 TSZ

v.
10
MINUTE ORDER

PETE BUTTIGIEG, et al.,
11

Defendants.
12

13
        The following Minute Order is made by direction of the Court, the Honorable
Thomas S. Zilly, United States District Judge:
14

        (1)     Pursuant to the parties' Stipulated Motion, docket no. 19, the deadline for
15
filing the administrative record is EXTENDED to August 31, 2022.

16
        (2)     The Clerk is directed to send a copy of this Minute Order to all counsel of
record.
17
        Dated this 9th day of August, 2022.
18

19
                                                Ravi Subramanian
                                                Clerk
20
                                                s/Gail Glass
                                                Deputy Clerk
21

22

23

MINUTE ORDER - 1