Judge Zilly

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CANYON PARK BUSINESS CENTER OWNERS' ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>PETE BUTTIGIEG in his official capacity as Secretary of Transportation; UNITED STATES DEPARTMENT OF TRANSPORTATION; STEPHANIE POLLACK in her official capacity as the Deputy Administrator of the Federal Highway Administration; RALPH RIZZO in his official capacity as the Division Administrator of the Federal Highway Administration, Washington Division; THE FEDERAL HIGHWAY ADMINISTRATION; ROGER MILLAR in his official capacity as Secretary of Washington State Department of Transportation; and WASHINGTON DEPARTMENT OF TRANSPORTATION,<br><br>Defendants. | CASE NO.  C21-1694TSZ<br><br>**STIPULATION FOR ORDER ESTABLISHING CASE SCHEDULE; ORDER THEREON** |

WHEREAS plaintiff Canyon Park Business Center Owners' Association has filed the above-captioned lawsuit against the U.S. Department of Transportation, the Federal Highway Administration, and officers thereof (hereafter collectively referred to as "FHWA"), and the Washington Department of Transportation and the Secretary thereof (hereafter collectively referred to as "WSDOT"), under the Administrative Procedure Act ("APA"), 5 U.S.C. §§ 701-706, *et seq*.

STIPULATION FOR ORDER ESTABLISHING CASE SCHEDULE; ORDER THEREON - 1
(Case No. C21-1694TSZ)

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970

challenging the environmental documents prepared for the I-405, SR 522 Vicinity to SR 527 Express Toll Lanes Improvement Project ("Project"); and

WHEREAS all parties hereby stipulate that the Court may enter an order as set forth below which, among other things, establishes a briefing schedule for the case; and

WHEREAS all parties agree that the above captioned case constitutes "an action for review on an administrative record" within the meaning of Fed. Rule Civ. Proc. 26(a)(1)(B)(i) and is therefore "exempt" from the requirements to make initial disclosures, to participate in a discovery conference and to formulate a discovery plan; and

WHEREAS a Certified Administrative Record was lodged with the Court on August 26, 2022; and

WHEREAS in light of the above, in lieu of a joint status report, the parties wish to propose a schedule affording Plaintiff an opportunity to lodge objections to the administrative record, if any, and to establish a briefing schedule for the resolution of Plaintiff's claims upon cross-motions for summary judgment.

NOW THEREFORE, the parties, through their respective counsel of record, do hereby stipulate and agree that the Court may make and enter the following order:

1. By no later than October 28, 2022, Plaintiff shall request that Defendants meet and confer in an effort to arrive at agreed upon resolutions of Plaintiff's objections, if any, to the Certified Administrative Record; and

2. By no later than December 1, 2022, Plaintiff shall file a motion to seek a determination on any unresolved objections Plaintiff may have, if any, to the Certified Administrative Record. The motion shall be noted for no sooner than December 16, 2022, and the briefing schedule shall be in accordance with Local Rule 7(d)(3).

3. By no later than March 3, 2023, Plaintiff shall file a motion for summary judgment, which shall be noted for May 19, 2023, and shall not exceed 24 pages in length.

4. By no later than March 31, 2023, Defendants FHWA and WSDOT may each file their own separate memorandum in which they consolidate their arguments in opposition to Plaintiff's motion for summary judgment and in support of their own cross-motions for summary judgment.

STIPULATION FOR ORDER ESTABLISHING CASE SCHEDULE; ORDER THEREON - 2
(Case No. C21-1694TSZ)

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970

|   |   |
|---|---|
| 1 | Defendants' cross-motions shall also be noted for May 19, 2023.  Neither of Defendants' |
| 2 | memoranda may exceed 24 pages in length. |

3     5.     By no later than April 28, 2023, Plaintiff shall file memoranda each not to exceed 24 pages in length setting their consolidated replies and oppositions to Defendants' cross-motions.

5     6.     By no later than May 19, 2023, defendants FHWA and WSDOT may file separate reply memoranda, which shall not exceed 12 pages in length each.

7     7.     Plaintiff's motion and Defendants' cross-motions shall be noted for May 19, 2023.

8     8.     In addition, within 10 days of the noting date, the parties shall provide the Court with excerpts of the administrative record in hard copy, which shall include the key administrative record documents upon which the parties have relied in their legal memoranda.

11    10.    The requirement that the parties file a joint status report, as ordered by the Court on September 27, 2022 (Dkt. # 40), shall be deemed discharged by the lodging of this stipulation.

**SO STIPULATED.**

DATED: October 11, 2022.

VAN NESS FELDMAN LLP

*/s/  Dale  N.  Johnson*
Dale N. Johnson, WSBA No. 26629
*/s/  Molly   Lawrence*
Molly Lawrence, WSBA No. 28236
*/s/ Sophia E. Amberson*
Sophia E. Amberson, WSBA No. 52528

1191 Second Avenue, Suite 1800
Seattle, WA 98101-2996
Tel: (206) 623-9372
Fax: (206) 623-4986

E-mail:dnj@vnf.com; mol@vnf.com; samberson@vnf.com

Attorneys for Plaintiff Canyon Park Business Association

//
//
//
//

STIPULATION FOR ORDER ESTABLISHING CASE SCHEDULE; ORDER THEREON - 3
(Case No. C21-1694TSZ)

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970

**SO STIPULATED.**

DATED: October 11, 2022.

NICHOLAS W. BROWN
United States Attorney

*/s/ Brian C. Kipnis*
BRIAN C. KIPNIS
Assistant United States Attorney
Office of the United States Attorney
5220 United States Courthouse
700 Stewart Street
Seattle, Washington 98101-1271
Phone: 206 553 7970
E-mail: brian.kipnis@usdoj.gov

Attorneys for Federal Defendants

**SO STIPULATED.**

DATED: October 11, 2022.

ROBERT W. FERGUSON
Attorney General

*/s/Matthew D. Huot*
MATTHEW D. HUOT, WSBA #40606
YASMINE L. TARHOUNI, WSBA #50924
ASHLEY G. S. FARHNER, WSBA #57846
Assistant Attorneys General

Attorneys for Washington Department of Transportation

**ORDER**

IT IS SO ORDERED.

DATED this 12th day of October, 2022.

_____
THOMAS S. ZILLY
Senior United States District Judge

STIPULATION FOR ORDER ESTABLISHING CASE SCHEDULE; ORDER THEREON - 4
(Case No. C21-1694TSZ)

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970